IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY WEINER,

      Appellant,

v.                                                                                  Case No. 5D16-3414

DEPARTMENT OF REVENUE O/B/O
JESICA M. SOINSKI,

      Appellee.

_____/

Opinion filed March 17, 2017

Non-Final Appeal from the Circuit
Court for Hernando County,
Donald E. Scaglione, Judge.

Timothy Weiner, New Port Richey, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Toni C. Bernstein,
Senior Assistant Attorney General,
Tallahassee, for Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

Pursuant to The Florida Department of Revenue's Confession of Error, we reverse

the Order on Objection to Driver's License Suspension Report of the Child Support

Hearing Officer, and remand this matter to the trial court for further proceedings.


REVERSED and REMANDED.


PALMER, ORFINGER and EDWARDS, JJ., concur.